PEOPLE v. MATHEWS

Appeal from Genesee, Stewart A. Newblatt, J. Submitted Division 2 April 14, 1969, at Lansing. (Docket No. 3,845.) Decided April 21, 1969.

Louis Mathews was convicted of assault with intent to murder and was sentenced to confinement for a period of not less than 8 nor more than 20 years. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, and *Dennis C. Karas,* Assistant Prosecuting Attorney, for the people.

*George R. Darrah,* for defendant.

BEFORE: McGREGOR, P. J., and R. B. BURNS and DANHOF, JJ.

PER CURIAM. Defendant appeals his conviction and sentence on a charge of assault with intent to murder. CL 1948, § 750.83 (Stat Ann 1962 Rev § 28.278). The case was heard by the trial court sitting without a jury.

Defendant appeals alleging that the evidence was not sufficient to find him guilty of the crime charged and that the sentence imposed was excessive.

An examination of the record discloses no prejudicial error and ample evidence sufficient to support the finding of guilt. The sentence imposed was within the statutory maximum.

Affirmed.